

# U.S. Department of Justice

*John W. Vaudreuil*
*United States Attorney*
*Western District of Wisconsin*

Telephone 608/264-5158
TTY 608/264-5006
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

<u>Address:</u>
222 West Washington Avenue
Suite 700
Madison, Wisconsin 53703

March 22, 2016

Christopher T. Van Wagner
110 E. Main Street
Suite 705
Madison, WI  53703

      Re:    *United States v. Loc Bui*
              Case no.: 16-cr-00009-wmc

Dear Attorney Van Wagner:

      Pursuant to the government's discovery obligations, you are being provided 10 discs marked as discovery discs 6 – 15, containing additional discovery in the above-referred to case.  These discs consist of the following:

      Disc 6:  Wire recording of 11/03/2014 meeting with Nathan Zolecki
      Disc 7:  Wire recording of 11/04/2014 CI and Rothschild meeting
      Disc 8:  Wire recording from 11/04/2014
      Disc 9:  Wire recording from 11/10/2014 meeting with Ed Lee
      Disc 10:  Wire recording from 11/12/2014 Operation
      Disc 11:  Recorded Calls Lux to Danh 11/30/2014 and 12/1/2014
      Disc 12:  12/1/2014 Recorded Call Danh to Lux
      Disc 13:  Recorded Interview of Uyen Pham
      Disc 14:

- Forensic download from Tran's cell phone
- Recorded interview of Sam Malaj on 11/04/2014
- Recorded interview of Joseph Arnold McMahon on 11/04/2014
- 11/04/14 Recorded interview of Rodney O'Neal
- Recorded interview of Alex Foerman
- Analysis of Thay K. Danh's cell phone
- Photos of item collected at 3141 Silverton Trail
- Evidence CFA Boldig 11/05/2014

March 22, 2016
Page 2

    Disc 15:
- Recorded video of 10/24/2014 interview of Steven Tran
- Recorded interview of Edward Lee on 11/10/2014
- Interview of Kyle Lux at West PD on 11/30/2014 at 2148
- Recorded interview #1 with Thay Danh at West PD on 12/01/2014 at 1340
- Recorded interview #2 with Thay Danh at West PD on 12/01/2014 at 1645

    If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

    Very truly yours,

    JOHN W. VAUDREUIL
    United States Attorney

    By:    /s/

    TIMOTHY M. O'SHEA
    Assistant United States Attorney

Enclosures