

# U.S. Department of Justice

**John W. Vaudreuil**
**United States Attorney**
**Western District of Wisconsin**

Telephone 608/264-5158
TTY 608/264-5006
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

*Address:*
222 West Washington Avenue
Suite 700
Madison, Wisconsin 53703

August 24, 2016

| | |
|---|---|
| Christopher T. Van Wagner<br>110 E. Main Street<br>Suite 705<br>Madison, WI  53703 | Ryan R. Corbridge<br>Corbridge Law Offices<br>19075 NW Tanasbourne Drive, Suite 100<br>Hillsboro, OR  97124 |
| Nathan Otis<br>Nicholson Law Office, LLC<br>14 West Mifflin Street, Suite 103<br>Madison, WI  53703 | Marcus J. Berghahn<br>Hurley, Burish & Stanton, S.C.<br>P.O. Box 1528<br>Madison, WI  53701 |
| Richard A. Coad<br>Coad Law Office<br>10 East Doty Street, #513<br>Madison, WI  53703 | Antonette Hue Laitsch<br>Knoll & Laitsch, SC<br>121 South Pinckney Street, Suite 550<br>P.O. Box 2686<br>Madison, WI  53701 |

Re:   *United States v. Bui, Loc et al*
       Case No.:  16-cr-00009-wmc

Dear Counsel:

Pursuant to the government's discovery obligations under the Federal Rules of Criminal Procedure, you are being provided additional discovery marked as discovery items 123,122 – 123,144 in the above-referred to case.

If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

Very truly yours,

JOHN W. VAUDREUIL
United States Attorney

By:        /s/

TIMOTHY M. O'SHEA
Assistant United States Attorney

Enclosures