

U.S. Department of Justice

*John W. Vaudreuil*
*United States Attorney*
*Western District of Wisconsin*

Telephone 608/264-5158
TTY 608/264-5006
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

<u>Address:</u>
222 West Washington Avenue
Suite 700
Madison, Wisconsin 53703

August 24, 2016

Christopher T. Van Wagner
110 E. Main Street
Suite 705
Madison, WI  53703

      Re:    *United States v. Loc Bui, et al*
             Case no.:  16-cr-00009-wmc

Dear Attorney Van Wagner:

      Enclosed please find the revised plea letter as discussed over the telephone and a disc labeled Bui/Nguyen recordings and translations containing the following information:

- Four recordings labeled: For RC-1, For RC-2, For RC-3, and New Peter (the fourth recording);

- Four rough translations labeled: RC-1 Translation-Hinckley, RC-2 Translation-Hinckley, RC-3 Translation-Hinckley; and New Peter-Hinckley;

- Four alternative translations labeled: RC-1 Corbridge, Corbridge RC-2, Corbridge RC-3; and Corbridge New Peter.

                                          Very truly yours,

                                          JOHN W. VAUDREUIL
                                          United States Attorney

                                          By:      /s/

                                            TIMOTHY M. O'SHEA
                                            Assistant United States Attorney

Enclosures